No. 529. ANDREW W. MELLON, DIRECTOR GENERAL, v. WORLD PUBLISHING COMPANY;

No. 530. ANDREW W. MELLON, DIRECTOR GENERAL, v. TULSA PAPER COMPANY; and

No. 531. ANDREW W. MELLON, DIRECTOR GENERAL, v. DEMOCRAT PRINTING COMPANY. November 21, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. Alexander M. Bull and Sidney F. Andrews for petitioner. Messrs. Karl K. Gartner and James A. Shea for respondents.

---

No. 535. JEROME G. FARQUHAR v. WILLIAM M. HENDERSON AND PLYMOUTH OIL COMPANY. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Messrs. John W. Davis, H. D. Rummel, John S. Weller, Wm. A. Glasgow, Jr., and Thomas J. Walsh for petitioner. Messrs. Owen J. Roberts, Charles M. Thorp and Earl F. Greed for respondents.

---

No. 536. FRANCIS J. McDONALD v. ALBERT T. ROSASCO. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Messrs. Roscoe H. Hupper, Howard M. Long and Wm. J. Dean for petitioner. Mr. Homer L. Loomis for respondent.

---

No. 537. MUNSON STEAMSHIP LINE v. DAMPSKIBS AKTIESELSKABET JEANETTE SKINNER, OWNER OF THE NORWEGIAN STEAMSHIP "JOHN PEAKKE." November 21, 1927. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Messrs. Mark W. Maclay and Frank A. Bernero for petitioner. Messrs. John W. Griffin and Herbert K. Stockton for respondent.